United States District Court
Southern District of Texas
**ENTERED**
August 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

Texas Alliance for Retired Americans, Sylvia Bruni, DSCC, and DCCC,

    Plaintiffs,

v.

RUTH HUGHS, in her official capacity as the Texas Secretary of State,

    Defendant.

Civil Action No. 5:20-cv-128

## ORDER

After considering Plaintiffs' Motion for Leave to Exceed Page Limit, the Court:

GRANTS the motion. Plaintiffs may file a memorandum of law in support of a motion for preliminary injunction that contains no more than 34 pages, excluding the caption, table of contents, table of authorities, signature block, certificates, and accompanying documents.

It is so **ORDERED.**

**DATED**: August 13, 2020

**SIGNED**:

_____
United States District Judge