United States District Court
Southern District of Texas
**ENTERED**
August 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TEXAS ALLIANCE FOR RETIRED AMERICANS, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 5:20-CV-128 |
| | § | |
| RUTH HUGHS, | § § | |
| Defendant. | § § | |

## ORDER

Given that Plaintiffs' Motion for Preliminary Injunction is time-sensitive—they ask the Court for an injunction to occur before the November 2020 election—the Court hereby **ORDERS** Plaintiffs to file an Advisory <u>as soon as possible</u> to apprise the Court of the status of service of process on Defendant.

It is so **ORDERED**.

**SIGNED** August 13, 2020.

Marina Garcia Marmolejo
United States District Judge