UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TEXAS ALLIANCE FOR RETIRED AMERICANS, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 5:20-CV-128 |
| | § | |
| RUTH HUGHS, | § § § | |
| Defendant. | § | |

### ORDER

Plaintiffs have filed a Motion for Preliminary Injunction (Dkt. No. 5). Defendant is **ORDERED** to respond to the motion by September 2, 2020. Plaintiffs may file a reply by September 7, 2020.

It is so **ORDERED**.

**SIGNED** August 19, 2020.

_____
Marina Garcia Marmolejo
United States District Judge