IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| TEXAS ALLIANCE FOR RETIRED AMERICANS; SYLVIA BRUNI; DSCC; and DCCC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RUTH R. HUGHS, in her official capacity as the Texas Secretary of State,<br><br>    *Defendant*. | CIVIL ACTION NO. 5:20-cv-128 |

## **O**RDER

Before the Court is Texas Secretary of State Ruth R. Hughs's Motion to Stay the Preliminary Injunction. After considering the briefing and all other matters properly before the Court, the Court is of the opinion that the Motion has merit.

IT IS THEREFORE ORDERED that the Secretary Hughs's Motion to Stay is hereby GRANTED. The Court's Order granting Plaintiffs' motion for preliminary injunction is stayed pending the resolution of Secretary Hughs's appeal.

DATE: _____

                                          _____
                                          MARINA GARCIA MARMOLEJO
                                          UNITED STATES DISTRICT JUDGE