IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| TEXAS ALLIANCE FOR RETIRED AMERICANS; SYLVIA BRUNI; DSCC; and DCCC, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUTH R. HUGHS, in her official capacity as the Texas Secretary of State, <br><br> *Defendant*. | CIVIL ACTION NO. 5:20-cv-128 |

## THE TEXAS SECRETARY OF STATE'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), Defendant Ruth Hughs, in her official capacity as the Texas Secretary of State, gives this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on September 25, 2020. ECF 43.

| | |
|---|---|
| Date: September 26, 2020 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Associate Deputy for Special Litigation |
| JEFFREY C. MATEER<br>First Assistant Attorney General | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Deputy Chief, Special Litigation Unit<br>*Attorney-in-Charge* |
| RYAN L. BANGERT<br>Deputy First Assistant Attorney General<br>Texas Bar No. 24045446<br>Southern District of Texas No. 641892 | Texas Bar No. 24081854<br>Southern District of Texas No. 2985472 |

WILLIAM T. THOMPSON
Special Counsel
Texas Bar No. 24088531
Southern District of Texas No. 3053077

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
ryan.bangert@oag.texas.gov
todd.disher@oag.texas.gov
will.thompson@oag.texas.gov

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2020, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER