# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-40643
_____

Texas Alliance for Retired Americans; Sylvia Bruni; DSCC; DCCC,

*Plaintiffs—Appellees*,

*versus*

Ruth Hughs, *in her official capacity as the Texas Secretary of State*,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:20-CV-128
_____

ORDER:

    IT IS ORDERED that the motion of attorney Bruce Van Spiva to withdraw as counsel is GRANTED.

                        LYLE W. CAYCE, CLERK
                    United States Court of Appeals
                          for the Fifth Circuit
                           /s/ Lyle W. Cayce

         ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-40643   TX Alli for Retd Amer v. Hughs
                 USDC No. 5:20-CV-128

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Ms. Stephanie Command
Mr. Todd Lawrence Disher
Mr. Marc Erik Elias
Ms. Skyler Howton
Ms. Lalitha Madduri
Mr. Nathan Ochsner
Mr. Daniel C. Osher
Mr. Judd Edward Stone II
Mr. Patrick K. Sweeten
Mr. William Thomas Thompson