# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 16, 2022

Mr. Marc Erik Elias  
Elias Law Group, L.L.P.  
10 G Street, N.E.  
Suite 600  
Washington, DC 20002

Mr. Judd Edward Stone II  
Office of the Attorney General  
Office of the Solicitor General  
209 W. 14th Street  
Austin, TX 78701

    No. 20-40643   TX Alli for Retd Amer v. Scott  
                   USDC No. 5:20-CV-128

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Nancy F. Dolly, Deputy Clerk  
504-310-7683

cc:  Ms. Stephanie Command  
     Mr. Todd Lawrence Disher  
     Ms. Skyler Howton  
     Ms. Lalitha Madduri  
     Mr. Nathan Ochsner  
     Mr. Daniel C. Osher  
     Mr. Patrick K. Sweeten  
     Mr. William Thomas Thompson

Case No. 20-40643

Texas Alliance for Retired Americans; Sylvia Bruni; DSCC; DCCC,

    Plaintiffs - Appellees

v.

John Scott, in his official capacity as the Texas Secretary of State,

    Defendant - Appellant