United States District Court
Southern District of Texas
**ENTERED**
March 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TEXAS ALLIANCE FOR RETIRED AMERICANS *et al.*, | § § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 5:20-CV-128 |
| JOHN SCOTT, *in his official capacity as the Texas Secretary of State* | § § § | |
| Defendant. | | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 25(d) and the letter from the Fifth Circuit (Dkt. No. 57), the Clerk of Court is **ORDERED** to recaption this action as *Texas Alliance for Retired Americans et al. v. John Scott, in his official capacity as the Texas Secretary of State*.

It is so **ORDERED**.

**SIGNED** March 17, 2022.

*[signature]*
Marina Garcia Marmolejo
United States District Judge