# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 16, 2022
Lyle W. Cayce
Clerk

No. 20-40643

TEXAS ALLIANCE FOR RETIRED AMERICANS; SYLVIA BRUNI; DSCC; DCCC,

*Plaintiffs—Appellees*,

*versus*

JOHN SCOTT, *in his official capacity as the Texas Secretary of State*,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:20-CV-128

_____

Before HIGGINBOTHAM, WILLETT, and DUNCAN, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, VACATED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that plaintiffs-appellees pay to defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.

Patrick E. Higginbotham, *Circuit Judge*, dissenting.

Certified as a true copy and issued as the mandate on **May 09, 2022**

Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit