United States District Court
Southern District of Texas
**ENTERED**
May 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TEXAS ALLIANCE FOR RETIRED AMERICANS *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. 5:20-CV-128 |
| JOHN SCOTT, *in his official capacity as the Texas Secretary of State*, | | |
| Defendant. | | |

## ORDER

Pursuant to Plaintiffs' Rule 41(a)(1)(A)(i) notice of voluntary dismissal and the Fifth Circuit's ruling (Dkt. Nos. 60, 61), Plaintiffs' claims are hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to **TERMINATE** all pending motions and **CLOSE** this civil action.

It is so **ORDERED**.

**SIGNED** May 13, 2022.

Marina Garcia Marmolejo
United States District Judge